UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Bowers,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA Health and Life Insurance Company, and TRC Companies, LLC, ,<br><br>    Defendants. | COURT MINUTES – CIVIL<br>BEFORE: BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:     21-2077 NEB/BRT<br>Date:     July 18, 2022<br>Time Commenced: 9:00 am<br>Time Concluded:  12:00 pm<br>Time in Court:    3 hours |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Matthew M. Little

    Defendants:  Daniel K. Ryan, Barry Gerstman

**PROCEEDINGS:**

    X    The parties agreed to a confidential settlement. A stipulation for dismissal will be filed by counsel after settlement documents are prepared and executed. All upcoming deadlines are stayed. A hearing on Plaintiff's Motion for Leave to File and Serve a Third Amended Complaint is canceled.

    *s/ MSK*
    Courtroom Deputy/Judicial Assistant